UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            CASE NO.: 1:02-CR-024-SPM

GREGORY LINDSEY,

    Defendant.
_____/

**ORDER DENYING MOTION TO REDUCE UNDER 18 U.S.C. § 3582**

    This cause comes before the Court on Defendant's request for a sentence reduction under the retroactive crack cocaine amendment (Amendments 706 and 711) and 18 U.S.C. § 3582(c) (doc. 425).  The Government has filed a response in opposition (doc. 426).

    Upon review, the Court finds that Defendant is not entitled to a sentence reduction because application of the guideline amendment results in no change to his sentencing range.  Defendant's offense involved more than 22 kilograms of *powder* cocaine.  Defendant's sentencing calculation did not include any amount of cocaine base attributed to Defendant.  Therefore, because Defendant is not affected by the crack cocaine amendment, he is not eligible for a sentence reduction.

Accordingly, it is hereby ORDERED AND ADJUDGED that Defendant's request for a sentence reduction (doc. 425) is ***denied***.

DONE AND ORDERED this <u>twenty-fourth</u> day of July, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge